█ LESLIE GATI, Respondent, v. PAUL E. STREAMER et al., Appellants, et al., Defendant. 

 Memorandum: The requirement that the defendants furnish a surety bond or cash in the amount of $600 as a condition for the granting of defendants' motion, under the circumstances appearing here, was an improvident exercise of discretion. (Appeal from order of Erie County Court affirming order of City Court of Buffalo granting, upon condition, motion to vacate default judgment.) Present — Williams, P. J., Bastow, Del Vecchio and Marsh, JJ.

█ In the Matter of WILLIAM S. HAWTHORNE, as Deputy Commissioner of Social Welfare of the County of Erie, Respondent, v. JAMES HUTTON, Appellant.— Memorandum: "In filiation proceedings, the proof must be 'entirely satisfactory' to sustain an order" [directing support]. (People v. Borner, 280 App. Div. 141.) The proof in this case does not meet that standard, and consequently the order was unsupported by the testimony adduced. (Appeal from order of Erie Family Court determining paternity and ordering support.) Present — Williams, P. J., Bastow, Del Vecchio and Marsh, JJ.

█ MERRITT CROFT, Appellant, v. DONALD J. BARNES, Respondent.— 

 Memorandum: The verdict was against the weight of the evidence. (Appeal from judgment of Erie Trial Term, in an automobile negligence action.) Present — Williams, P. J., Bastow, Henry and Marsh, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT L. KUBITZ, Appellant. 

 Memorandum: While the record of proceedings of December 12, 1962 purport to show that appellant was represented by an attorney upon the hearing of the charge of violation of probation, it now conclusively appears that the record is in error and defendant at that time neither had counsel nor was advised of his right thereto. A new hearing is required on the charge at which defendant is entitled, if he so requests, to have counsel assigned. (Cf. People v. Hamilton, 26 A D 2d 134; People v. Reynolds, 25 A D 2d 487.) (Appeal from order of Monroe County Court denying, without a hearing, motion to vacate a judgment of conviction for violation of probation rendered January 9, 1963.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.